No. 953. SAMPSELL ET AL. *v.* CALIFORNIA. June 2, 1930. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, and motion

for leave to proceed *in forma pauperis*, denied. *Messrs. Lloyd E. Sampsell* and *Ethan A. McNabb, pro se.* No appearance for respondent.